IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CAROLYN HOLLOWAY,** | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) |
| vs. | )   Civil No.   12-cv-178-CJP |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant(s).** | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is the parties' Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act. **(Doc. 27)**.

Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B), the parties stipulate that plaintiff is entitled to an award of fees and expenses in the amount of $7,500.00.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorneys' fees and expenses pursuant to the Act.   The Court further finds that the amount of $7,500.00 is a reasonable and appropriate amount.

The parties' Joint Stipulation **(Doc. 27)** is **GRANTED**.   The Court awards plaintiff Carolyn Holloway sum of $7,500.00 for attorney's fees and expenses pursuant to the Equal Access to Justice Act.   That amount shall be payable to plaintiff, per *Astrue v. Ratliff*, **130 S.Ct. 2521 (2010).**   However, in accordance with the parties' stipulation, if counsel is able to verify that plaintiff owes no pre-existing debt to the United States that is subject to off-set, the award shall be

made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

**DATE:   January 22, 2013.**

                              **s/ Clifford J. Proud**
                              **CLIFFORD J. PROUD**
                              **UNITED STATES MAGISTRATE JUDGE**